FILED
CLERK, U.S. DISTRICT COURT
NOV 1 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER FIERRO SANTIAGO<br><br>Petitioner,<br><br>vs.<br><br>KEN CLARK (WARDEN)<br><br>Respondent. | Case No. EDCV 09-1523-SVW (CW)<br><br>JUDGEMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 11/11/12

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE